APPLICANT  JOSE JESUS CONTRERAS MONREAL   APPLICATION NO. WR-82,913-01

APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

DENIED WITHOUT WRITTEN ORDER.

_Cheryl Johnson_                                                    _4/8/15_
JUDGE                                                              DATE